IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT FRAZIER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY DETENTION CENTER and UNITED STATES MARSHALS SERVICE,<br><br>　　　　　　Defendants. | CV 20-139-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on June 1, 2021. (Doc. 7). The Magistrate recommended that Frazier's Complaint be dismissed. (Doc. 7 at 4).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 7) are ADOPTED IN FULL.

IT IS FURTHER ORDERED Frazier's Complaint (Doc. 2) is DISMISSED for failure to state a cognizable claim. The Clerk of Court shall close the matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and shall have the docket reflect that, pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure, any appeal of this decision would not be taken in good faith.

DATED this 22 day of June, 2021.

SUSAN P. WATTERS
United States District Judge